Roger J. Rosen
Law Offices of Roger J. Rosen
Roger J. Rosen, State Bar #48573
1801 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-5803

Telephone: (310) 557-1242
Fax:      (310) 203-2150

Attorney for
FRANK E. JOHNSTON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 10-1013-SJO |
| Plaintiff, | ) SUBSTITUTION OF ATTORNEY OF RECORD |
| vs. | ) |
| FRANK E. JOHNSTON, | ) |
| Defendant. | ) |

FRANK E. JOHNSTON, Defendant, hereby substitutes Roger J. Rosen, 1801 Avenue of the Stars, Suite 900, Los Angeles, California, 90067-5903, telephone number (310) 557-1242, facsimile (310) 203-2150, as attorney of record in place and in stead of, Thomas P Sleisenger, 1901 Avenue of the Stars, Suite 615, Los Angeles, CA 90067, 310-300-1314, Fax: 310-861-0152

//

//

//

1

1  DATED: 3/21/11

*[signature]*
FRANK E. JOHNSTON
Defendant

I consent to the above substitution
DATED: 3/24/11

*[signature]*
SIGNATURE OF PRESENT
ATTORNEY,
THOMAS SLEISENGER

I am duly admitted to practice in this district.
Above substitution accepted

DATED: 03.24.11

*[signature]*
SIGNATURE OF NEW ATTORNEY,
ROGER J. ROSEN

Approved: _____
Name:
UNITED STATES DISTRICT COURT JUDGE

//
//
//
//
//
//
//
//

NOTE:     Please check to indicate whether new counsel was:
          __X__ retained or, _____ appointed by the Court

SUBSTITUTION OF ATTORNEY

2