ROGER J. ROSEN, California Bar No. 48573
Attorney at Law
1801 Avenue of the Stars, Suite 900
Los Angeles, California 90067

Telephone: (310) 557-1242
Fax:          (310) 203-2150
Email: roger12@pacbell.net

Attorney for Defendant FRANK E. JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FRANK E. JOHNSTON, <br> Defendant. | CR. NO. 10-1013 SJO <br><br> STIPULATION RE: DISCLOSURE OF RON RICHARDS GRAND JURY TESTIMONY TO CRIMINAL LAWYER DEFENSE WITNESS <br><br> JUDGE: S. JAMES OTERO <br> COURT: 1 <br> DATE: November 21, 2011 <br> TIME: 8:30 a.m. <br> TRIAL: November 21, 2011 |

1. It is hereby stipulated and agreed by and between the parties, Plaintiff, United States of America, by and through its counsel of record, AUSA JOSEPH AKROTIRIANAKIS, and defendant FRANK E. JOHNSTON, by and through his counsel of record, ROGER J. ROSEN, that the defense may disclose the grand jury testimony of government witness Ron Richards to, a criminal defense attorney who may be called as a defense expert witness at trial in this matter, so long as the witness does not make additional copies of any grand jury testimony and returns to counsel any copy given to the witness such that it may be returned to the government or destroyed at the close of the case.

2. Rule 6(e)(3)(E) provides in relevant part: "The court may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding . . . ." Fed. R. Crim. P. 6(e)(3)(E). A trial court has "substantial discretion to order or deny release" of grand jury materials such as a transcript. *United States v. Evans & Assocs. Constr. Co.*, 839 F.2d 656, 658 (9th Cir. 1988). The starting point for the court's analysis is the "long-established policy that maintains the secrecy of the grand jury proceedings in the federal courts." *Id*. (citation omitted).

3. The court previously permitted the disclosure of grand jury testimony to the defense, in connection with the government's obligations under the Jencks Act, and the *Brady* and *Giglio* lines of cases.

4. Inasmuch as this case is proceeding to trial imminently the parties' interests in efficient trial presentation and the interests of justice more generally augur in favor of the entry of the proposed order submitted concurrently herewith.

IT IS HEREBY SO STIPULATED:

DATED: November 10, 2011

                                                  Respectfully submitted,

                                                  /S
                                                ROGER J. ROSEN,
                                                ATTORNEY FOR DEFENDANT
                                                FRANK E. JOHNSTON

```
 1                                  ANDRE BIROTTE, JR.,
                                    UNITED STATES ATTORNEY
 2
                                    By:      /S/
 3                                  AUSA JOSEPH AKROTIRIANAKIS
                                    ASSISTANT UNITED STATES
 4                                  ATTORNEY,
                                    PUBLIC CORRUPTION & CIVIL
 5                                  RIGHTS SECTION
                                    ATTORNEYS FOR PLAINTIFF
 6                                  UNITED STATES OF AMERICA
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    3
```

**PROOF OF e-file SERVICE**

I am a resident of the State of California, County of Los Angeles. I am over 18 years of age, and not a party to the within entitled action.

My business address is 1801 Avenue of the Stars, Suite 900, Los Angeles, California 90067-5803.

On November 10, 2011, I served the within

**STIPULATION RE: DISCLOSURE
OF GRAND JURY TESTIMONY OF WITNESSES**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the Government and defendant(s) and specifically to:

JOSEPH AKROTIRIANAKIS
Assistant United States Attorney
Public Corruption & Civil Rights Section
United States Attorney's Office
Central District of California
600 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

Silvia Pulido                    _____/S/_____
Print Name                       Signature

4