# EXHIBIT A

# USCLeventhal

### School of Accounting

May 8, 2012

The Honorable S. James Otero
Judge
United States District Court
312 N. Spring Street, Courtroom 1, Second Floor
Los Angeles, CA

Judge Otero:

I am writing this letter to support Frank E. Johnston in the matter pending before you.    I have known Frank for over 40 years.   Frank and I first met and became close friends when we were both freshman at Saint Paul High School in Santa Fe Springs, Ca in 1970.    We have stayed in contact over the decades as we both graduated, pursued our careers, got married, and raised our respective families of which we are both proud.   During this entire period, I have always known Frank to be self-effacing and of the highest moral character.

Frank and I grew up during a period where young people were caught up in breaking boundaries, challenging the establishment, and experimenting.   During high school there is tremendous pressure to be accepted by your peers and succumb to group pressure.   Frank amazed me.   He had the mental strength and moral conviction to stay true to his values.    While others were experimenting with drugs and alcohol in high school, was adamant about doing what was right and not acting out just to act out. Instead, Frank challenged boundaries by doing things like put together a clothing and food drive to aid an orphanage in Tecate, Mexico.    Frank led a group of about 40 of us that traveled to the orphanage to deliver the food and goods to the orphanage.   We and stayed to work and helped work on and build the orphanage.   During a confusing and challenging time, it was great to have a friend like Frank that was true to his values and convictions.

A few years after graduation, Frank began his career as an officer with the Border Patrol, Immigrations and Naturalization Service (INS), and ultimately, Immigration and Customs Enforcement (ICE).    During this time frame, I saw Frank less frequently as his role as an officer required that he be deployed in various locations and under a variety of circumstances including undercover assignments.     When we

University of Southern California

3660 Trousdale Parkway, Los Angeles, California 90089-0441 • Tel: 213 740 4838 • Fax: 213 747 2815



did have a chance to talk, it was obvious that Frank was committed to his work and his career, that he felt his work was important, and that he was providing for our country's security in the challenging circumstances of a post 9/11 world.  While Frank never shared specifics and only talked about his work in the vaguest of terms, it was obvious that he faced some demanding situations and saw things that would try most men.   Yet, it was just as obvious, that he faced these challenges with courage and the same self-effacing manner, ethics and values that have been his hallmark since I first met him as a very young man.

Since Frank retired, he has given back to the community by teaching martial arts in Uptown Whittier. Where some would speak of martial arts as a means of self-defense or the violence that it begets, Frank speaks of the discipline, of the control, of the need to use martial arts as a last resort and only when you need to defend yourself.    This is consistent with the Frank that I have always known, slow to anger or agitation, under control and calm.    Passing this along to youth, encourages and empowers them in an area that has issues with gangs, drugs, and violence.

In my humble opinion, incarcerating Frank Johnston would serve no useful purpose.    I speak as someone that knows Frank well and someone that has volunteered in the criminal courts in the District Attorney's Office in Los Angeles.   I have seen and met those that pose a threat to society  Frank is not one of these people  Frank does not pose a danger to society.   He poses no threat of ongoing or future harm.     On the other hand, incarcerating Frank would remove a contributing member of the community, who is helping the youth of Whittier learn about respect, discipline and values. Incarcerating Frank would also potentially place him in grave danger given his prior career as officer in the immigration area.

I ask that you consider Frank's high moral character, his service to our country, and his contributions to our community.   I have a great personal respect for him, what he has done for our country.   I proudly stand and support him as he has stood and supported me and others over the course of the years.

Please feel free to contact me if you have questions or would like to discuss any of the above.

Respectfully,

Professor Ruben A. Davila
CPA, CFF, Attorney at Law
Clinical Professor of Accounting
Levethal School of Accounting
Marshall School of Business
University of Southern California

April 25, 2012

The Honorable S. James Otero
Judge
United States District Court
Central District of California
312 N. Spring Street, Courtroom 1, Second Floor
Los Angeles, CA

Your Honor:

My name is Denise L. Johnston and I am writing in reference to the case involving Frank E. Johnston, my youngest brother. Knowing him as I do, I will tell you up front, behind the stoic portrait hides a caring, devoted, trustworthy, compassionate, humble husband, father, brother, uncle and friend who is content drinking nothing more than his mountain dew or glass of ovaltine with a good cheese pizza watching a boxing match on Saturday night or just working in his garage. I would very much like to present a rather short synopsis with brief details showing how Frank has been selfless in his life, always going above and beyond for others.

His Mom: In January of 1975, our Mom at age 45, was diagnosed with breast cancer. After enduring a double mastectomy, she died in August of 1975. Frank was 18 yrs old at the time, working and going to school. To help her during this most difficult time he managed to save and purchase the family's first color tv, at the time, truly a luxury for this close-knit family growing up in Pico Rivera.

His Wife: In April of 1996 his wife, Taryn on the day she delivered their son Joshua was diagnosed with breast cancer. Scheduled for a mastectomy the following week, Frank managed to get her over to UCLA for a 2nd opinion and thankfully a lumpectomy. Treatments followed and Taryn survived. At seven months old, Joshua was diagnosed with diabetes. Another challenge was added to their life, and their focus was turned to providing Josh with the best possible lifelong treatment for living with this disease.

His Friend: Sometime after this his friend Mack was diagnosed with cancer. Frank was always there for him and his family offering whatever assistance they needed, checking in on Mack until his death.

His Dad: In 2001, our Dad (Frank's best friend), was diagnosed with multiple myeloma, Frank and Taryn took him in, becoming his primary caregiver. Without a doubt I could not even begin to elaborate on the amount of love, support and devotion given to our Dad ......immeasurable. Pop died in February 2004 at age 72.

His Ornery-Hard of Hearing Uncle: Because of Frank's quick actions and care Uncle Frank (79 yrs) is alive today. After picking him up from the airport, on the way home, Uncle Frank mentioned he wasn't feeling well, after describing his symptoms Frank rushed him to the hospital. Uncle Frank had had a heart attack. Because of Frank's unwavering patience and tolerance with dear old Uncle Frank I am forever grateful. Whenever Uncle Frank is in town, Frank is the first person he will call and visit.

His Older Brother: In 2008, our brother Dave, who lived in the state of Washington, was diagnosed with prostate cancer and died in 2009. Frank was given the task of executor of his estate. Without even thinking twice, Frank dealt with all the necessary issues that needed to be handled to ensure that Dave's wishes were respected.

His Co-Worker: Tracy Cormier's mother was diagnosed with cancer and Tracy was at a loss on what to do. Once again, Frank and Taryn stepped in, providing Tracy with all the support from day one, until the end. Helping her mother move from Las Vegas, getting her mom into City of Hope and eventually making arrangements for hospice and visiting Tracy's mother daily until she passed away. Tracy didn't have family here in California, they live in Maine, Frank and Taryn became the family she didn't have.

Never far from Pico: Often during the year and every Christmas, Frank would stop by to visit and check in on an old neighbor from our Pico Rivera days; Mr. Morton. Mr. Morton could always count on a six pack & cigarettes. Year after year, Frank did this until Mr. Morton passed away in 2010. But not before Frank & Taryn made the necessary arrangements to have Mr. Morton in hospice, visiting him daily until he died. Mr. Morton died without family....but with very good, caring friends.

His Pearl Harbor Survivor Neighbor: Frank's neighbor of over 20 yrs, Richard Donahue is a Pearl Harbor survivor. Dick has become part of our family because of Frank and Taryn. Dick turned 90 this year, diagnosed with cancer last year. Frank and Taryn are his main care givers, taking him to his doctor's appointments, taking him his meals, whatever is needed. Did I mention that Dick does have an able-bodied daughter that lives close by?

And the stories go on and on........many untold because that is the true Frank, a quiet hero to so many. He doesn't look for accolades he just takes action and does what comes so natural to him. Beneath that stalwart appearance is a genuine person with a giving heart, someone who has always been there for others. David and Lucille Johnston would be extremely proud, as are his five siblings and the numerous extended family and friends of how Frank has lived his life. It is now our turn to be there for him. I am truly honored to have been given the opportunity to write this letter and I respectfully thank you for taking the time to see the side of Frank that does not make the news.


Sincerely,

Denise L. Johnston
Denise L. Johnston

Dennis M. Johnston, LCSW
1220 Shaffer Road #2306
Santa Cruz, Ca. 95060
831-428-9061

Date: 04/23/2012

The Honorable S. James Otero
Judge United States District Court
Central District of California
312 N. Spring Street, Courtroom 1, Second Floor
Los Angeles, CA

      I am Frank E. Johnston's older brother, Dennis M. Johnston, a Licensed Clinical Social Worker working with the forensic mental health population. When my brother asked me to write him a character reference letter, I was more than happy to be of assistance.

      Frank and I have not only been brothers but friends over the past 50 plus years. Even though I am the older brother, Frank has been someone I have looked to for conversation, advice and at times guidance. Even though Frank is a quiet man he is always there to lend a hand both for his family, friends, colleagues and his community. Frank is hard-working and highly committed to assisting people in need. He has an integrity, loyalty and moral compass which equals or surpasses any administrator I have worked with or seen over my thirty plus years of working with in the private, County, State and Federal systems.

      The concepts of always being there, loyalty, integrity and lending a hand have been an integral component throughout Frank's adult life.

Examples: Frank and his family took care of our father during our father's 3 year battle with cancer, Frank taught Aikido to children, Frank has and still does assist his elderly neighbor with the neighbors medical appointments and assistance in maintaining the neighbor's home.   My brother has also been known to help out fellow employees when they have been in need. He is well-known in our family, in the lives of his neighbors and friends as an individual who will do everything in his ability to help someone in need. He is a discreet loyal individual who is always willing to give his all in his work, in helping out family members, friends, colleagues and neighbors without having to be praised outwardly or given outside recognition. Frank is someone who is exceedingly dependable, loyal and humble. He is ever ready with his trouble-shooting abilities and does not turn down even the most difficult situation. His record will do the talking for him.

      Besides being my brother, Frank's integrity, loyalty and moral compass are some reasons I am more than willing to address the courts in giving a favorable character reference for Mr. Frank E. Johnston.

In the conclusion, I would like to thank your Honor for reading this letter and allowing me to give this side of my brother and friend.

Sincerely,

Dennis M. Johnston, LCSW
4-23-2012

Dennis M. Johnston, LCSW

April 29, 2012

To The Honorable S. James Otero,

My name is David Bojorquez and I am writing this letter on behalf of my dear friend, Frank Johnston. I have had the pleasure of knowing Frank since 1990 when we both started training in martial arts together. Although we both come from different backgrounds, martial arts gave us a common interest that has since formed a life long friendship. When it came to martial arts, Frank was a natural. He was always willing to spend extra time on the mat to help me with my technique and to explain things in a simplified way. I remember being so surprised that a person I knew for such a short while was so patient and willing to help someone that he didn't really know. It was then that I realized Frank is a man of strong moral character, a man of compassion and a man of his word.

Although I no longer train in martial arts, Frank and I have remained close friends throughout the years. He has always opened up his home to me for family dinners, barbecues, boxing matches and other various get-togethers. As our friendship grew, there have been countless moments that Frank has been by my side. One example was in February of 2001 when I had the misfortune of losing my father during a routine medical procedure. That was the most difficult thing I ever had to deal with at that point in my life. I was experiencing a lot of stress and extreme anxiety. Frank was there to help me cope with the loss. Whether it was just sitting around talking or watching a sporting event on TV, he was there for me at every moment, day or night.

Frank is a person that I am honored to call a friend. He is like the big brother that I never had. I've learned from him not only in martial arts, but more importantly, as a man. He has taught me to give without expectations. He has taught me to live life to the fullest and to not hold back. More importantly, he has taught me to appreciate family and friendships and to take nothing for granted as it can be taken away in a matter of seconds. Although this all seems like common sense, it was not so common for me during certain periods of my life.

I'd like to finish by saying that I understand the severity of the charges that Frank is facing, and that's why I have chosen to write this letter on his behalf. I will continue to stand by his side and remain his friend as he always has for me. I know if the roles were reversed, he would do the same without hesitation. That's just the type of man Frank is. He is always willing to help a person in need without accepting anything in return. Thank you for taking the time to read this letter and I hope you are well.

Sincerely,

David Bojorquez

# Aikido Ai
## 30th Anniversary

May 10, 2012

To Whom It may concern:

This letter will serve to introduce Mr. Frank Johnston.

I met Frank Johnston in 1999 when he enrolled in my martial arts school in Whitier California. Frank studied hard and attained the rank of Shodan, Black Belt in Aikido.

Frank continues to be a member in good standing and over the years has excelled as a leader and volunteer mentor to the children in our ongoing youth development classes.

When I think of Frank Johnston, it brings to mind the Boy Scout's traditional oath. He is a man of impeccable honesty and generosity

Frank Johnston has my respect. He also has my unquestioned support and recommendation. There is an old Taylors Term..."All Wool and A Yard Wide". That *is* Frank Johnston!

Frank Mc Gouirk,
Rokudan, Aikido-Ai Dojo Cho

6725 Comstock Avenue
Whittier, CA 90602

562 696-1838
www.aikidoai.com

May 8, 2012

Honorable James S Otero
United States District Court
Central District of California
United States Courthouse
312 N Spring Street
Los Angeles, CA 90012

Case No. 10-01013-SJO

Dear Judge Otero,

My wife, Yvonne and I attended both trials in your courtroom against Taryn and Frank
Johnston earlier this year. We just recently attended the sentencing of Taryn Johnston
where you gave her 30 days of incarceration as part of her punishment for her
convictions.
We felt it important you made the comment and order that Taryn and Frank were not to
be incarcerated at the same time in order that their children are ensured the care and
attention needed. We appreciate your understanding of their home situation and the
compassion you showed towards Taryn Johnston.
Frank Johnston however, is facing considerable more incarceration time than Taryn due
to his more serious convictions. As we stressed in our letter of support for Taryn how
important she was to the welfare of their children, Frank is equally if not more important
to the very fragile ecosystem in the home.
Frank remains the stabilizing factor in the home, helping Taryn through the difficult
times she experienced with her cancer, subsequent treatments and their children. Instead
of two parents helping each other with the daily necessities of medical and emotional
support for the children and each other, there will only be one in a given period of time.
This amount of time will be determined by your Honor.
Yvonne and I ask that you take into consideration all the good Frank does not only in his
home, but with his devotion to the kids he worked with in martial arts and the care and
companionship he provides for his elderly neighbor, Richard Donahue.
Frank and Taryn have suffered immeasurably emotionally from the aggressive
prosecution, court trials, publicity and the burden associated to the costs of their defense
of which they will never recoup.
As your honor has said on several occasions, there is a culture in the L.A. Office of I.C.E.
that holds some of the culpability for the situation Frank Johnston has been placed. Even
the investigators from O.P.R. received cash awards for this case. And so the culture
continues. My wife Yvonne and I have a combined total of 57 years in law enforcement.
A large amount of that time I spent in the courtroom on all types of crimes from petty
theft to death penalty cases. In all that time, we have never, never witnessed what
transpired in your court by the prosecution and prosecutor's witnesses. As you have
already stated, "This is a sad day for the United States". Frank will never be in a position
again that exposes him to this culture. He is not a violent person and not a substance
abuser. He is a dedicated father and husband.

Any length of incarceration for Frank serves only as additional punishment that Frank has already received and it would only transpose his punishment onto the family, especially the children who rely on his care and support. The lives of two wonderful people have been shattered, why would it be necessary to jeopardize more by incarcerating Frank. We know your years on the bench have given you the wisdom and compassion for those that are deserving. We feel that Frank Johnston is one.

Respectfully,

Phillip Pintane

Yvonne Pintane

To: The Honorable S. James Otero
     United States District Court
     Central District of California
     312 North Spring Street, Courtroom 1, Second Floor
     Los Angeles, California

From: Joseph Borg
     5550 Picasso Drive
     Yorba Linda, Ca
     92887
     (213)494 8937

Dear Judge Otero,

This letter is being written to you as a testament to the character of Frank E. Johnston as I know him to be. I am honored to write this letter on Frank Johnston's behalf as he has been a loyal friend and role model since I have had the pleasure of meeting him. I hope and pray that this testament of Frank Johnston will accurately characterized him to the court as a person of honor, integrity, honesty, conviction, and loyalty to a fault.

I first met Frank Johnston in 1999, while working as an investigator for the Office of Internal Audit of the Immigration and Naturalization Service (INS). Frank Johnston was the Deputy Assistant District Director for Investigations (DADDI), Los Angeles District, Los Angeles, California. My job at the time took me all over the United States where I had the chance to meet many of the DADDI's of the various districts. The DADDI's were my main contact at any particular district as they were charged with disciplinary action on employees based upon my investigations.

What I recall about my first meeting with Frank and what impressed me at the time was that he did not act arrogant or intimidating which was a common trait among the DADDI's I would encounter. Frank was also unusual in that he didn't pass the buck, meaning if he could take responsibility for the shortcomings found in my investigations he would readily do so. When my investigation resulted in findings of wrong doing by an employee Frank would never just hang the employee out for punishment. Frank was always loyal to the employee as well as the Service, but you could tell Frank believed in redemption and second chances also unusual for a DADDI. I would have to say that Frank left me with an impression of loyalty, compassion, and integrity which continued to grow as I became better acquainted with Frank over the years.

I came to work for Frank in September of 2002. It was during this time I began to know Frank not only as my supervisor but also as a human being. Frank unlike other DADDI's or upper management in general had an actual open door policy and when I mean open door his door was actually opened. Frank could be approached any time he was in his office, and not just to deal with the day to day functioning of the district, but to deal with you on a personal basis regarding your personal life, and you knew you could trust him with your life circumstances.

It was during my time as a first line supervisor that I saw Frank again and again defend and protect employees from overly aggressive management who attacked employees on a personal level. It was Frank who would remind them that work and performance not personality was at issue. While I was there you could tell that Frank was making a difference for the better between management and employees.

The merger between INS and Customs in 2003, resulted in various challenges between the two agencies. Frank was a role model for everyone to see as he would not lower himself into the petty finger pointing and bad mouthing that was occurring and still occurring between the two former agencies. During this time Customs appeared to inherit the internal affairs of the now Immigration and Customs Enforcement (ICE) re named the Office of Professional Responsibility (OPR). It was apparent from the start and to this day that OPR would be focusing their investigations on former INS employees. It was as if Customs suddenly was without fault as no former Customs officials have been investigated or disciplined since the merger. The reason I bring this up is because once again the only person standing between Customs OPR and the employee was Frank Johnston. Unwavering in his loyalty for his coworkers Frank demanded that the investigations and findings against employees by OPR be factual, honest, and accurately reflect the situation. I could see at this time that Frank was becoming a target because of his own integrity.

In my opinion Frank didn't seem to give his loyalty and integrity a second thought nor did I from my own perspective. Out of all the people I have ever met Frank had unquestionable integrity, honesty, and honor. Frank Johnston who I am proud to call my friend is a highly respected man who honors his family, friends, church, mission, and who actually cares what happens to people even outside of his circle. It was these characteristics that made Frank a target. Frank was also well known for forgiving those who have acted wrongly against him even to this day. Frank is unwavering in his religious convictions and the power of forgiving. A less vindictive human I have never met, and in and agency where vindictiveness, targeting and assault on character are common place Frank was an oasis.

I can tell you the court and anyone who will listen that if you know Frank and even if you don't he is the man who will give the shirt off his back to a stranger or help a person outside of his family circle. How do I know because Frank helped me, defended me and cared for me like a family member on numerous occasions. You only now true loyalty and who your friends are when you become a pariah. I became a pariah at one time and Frank stood by me and stayed in contact with me when few others would. He just didn't have to, but he did.

In closing I would like the court to know that Frank does not deserve what has happened to him. I can attest that there are many who should be in this predicament, but Frank is not one of them. I hate to see that the old saying that the road to hell is paved with good intentions play out in real life in front of my eyes. I am sure Frank has wanted to wake up from this nightmare for a long time. I pray that the court will relieve Frank Johnston of this nightmare and allow him to live in peace.


Sincerely,

Joseph Borg                                                    April 29, 2012

APRIL-2012

DEAR SIR:

It is my privilege to know Mr. and Mrs. Frank Johnston for 27 years, when Mr. Johnston became my next door neighbor.

Being a December 7, 1941 survivor, I know that they are the sort of people that I helped defend in World War Two, and I am blessed and grateful to know them as friends and neighbors.

I am widowed, so Frank and Taryn have taken me "under their wing", so to speak, and especially so since I developed a chronic blood disorder, they have helped me to meet doctors appoinments; with my medication, and in general keeping everything in order, regards my health.

Frank is always ready and willing to help in any way if a problem around the house should arise; not only for me, but any neighbors also. He is a true handy man in every sense of the word.

I HAVE BEEN IN THEIR HOME MANY
TIMES, JUST TO SAY HELLO, OR
SOCIALLY, AND HAVE ALWAYS BEEN
MADE TO FEEL WELCOME.
    I REGARD THEIR FRIENDSHIP,
CONCERN AND LOVE IN THE HIGHEST
REGARD; IT WAS A FORTUNATE DAY
WHEN THEY CAME INTO MY LIFE.

SINCERELY:

Richard A. Donahue

11076 LORENE ST.
WHITTIER, CA.
90601

(562)-695-2291

To the Honorable S. James Otero in regards to Mr. Frank Johnston.

I've been privileged to call Frank Johnston a good friend for more than twenty years. We met in collage, then later on in life as we both practiced the same martial art in Whittier. In our years of training I have seen Frank under pressure and relaxing and have always found Frank to be a very level headed and honorable person. Frank is one of those friends who were always ready to help out. I've been to his home for dinners, boxing matches on TV and just hanging out. I understand the magnitude of the charges facing Frank and have decided to stand by his side. There are not many people in this world that I call friend and Frank is one of them. I work with teens in the city of Pico Rivera and when Frank found out I was looking for a weight machine for the kids, he quickly said he had one sitting in his garage that we could have. Not only did he give us the weight machine but he used his truck to transport it to the teen center. I invited him to lunch after he assembled the machine and he refused to let me pay for lunch. This is the kind of man you are privileged to call a friend.

On the way back from lunch I showed Frank where I grew up, only to find out he grew up around the block, we were closer than I thought. Since than we have both shared an interest in wood working and also exchanging tips and ideas on how to stay healthy. Both Frank and I share a very similar life styles and interests and I hope to continue our friendship. I write this because it would be a great loss to me and others who know Frank as I do. I gain nothing from this letter but the satisfaction that I am in a position to help out a good friend as he has helped out many of us that know him. He is one of two people in my life that I could say and often do say, I have two friends that if my car broke down in the middle of the night they would come and pick me up, Frank is one of them.

In closing I would like to say that I can not conceive of the idea that losing Frank as a friend is even remotely possible. I have never seen a man more ready to give of his time, his knowledge, and his home, than Frank Johnston. I consider Myself privileged to call him my friend and would write a hundred more letters if need be. This is what good friends do in good times and hard times. I have not turned my back on Frank and never will; because I know the kind of man I've called my friend. Thank you for your time and I hope you well.

Miguel Castro

The Honorable S.James Otero
Judge
United States District Court
Central District of California
312 N.Spring Street, Courtroom 1, Second Floor
Los Angeles, CA

Honorable Judge Otero,

My name is Lucille Johnston; I am the younger sister of Frank Johnston. I am the fifth of 6 children in my family. Frank is the sibling closest in age to me. Having known Frank my entire 52 years, I would like you to get to know him, from my perspective. I believe you will find him to be a strong, determined and compassionate individual.

You may not know this, but our mother died of breast cancer in 1975, Frank was about 18 years old. At the time he was holding a fulltime job, putting himself through school, and supporting himself completely while living in his own apartment. We lived in Pico Rivera and at the time it was a rough neighborhood; our house had been robbed several times. We had no television and no stereo. As my mother was home recuperating from her second total mastectomy she could not get comfortable sleeping in her bed, so sought comfort sleeping on the couch. Frank came over one day with a surprise gift for my Mom, a stereo, with eight track tapes of her favorites radio shows from her childhood! This was a tremendous source of comfort and enjoyment for my mother as her days neared end. She often slept on the couch in the living room, falling asleep to soothing music. Now remember, all this was coming from an 18 year old. Frank's capacity for love and unselfishness was astounding for someone of that age.

Frank worked hard during his early years and always expressed an interest in law enforcement. I do recall him working as a security guard at JC Penney, where he met his wife Taryn. Eventually even though he was supporting himself and going to school, he saved enough money to purchase a modest home in Whittier. This home was located close to my father and siblings homes; family is very important to him. I remember the day he bought it and showed my father and me around the place. It was a mess! But to him it was golden and he saw through the ragged appearance to the full potential. Over many years, he worked on home improvements, doing the work himself or with the help of my Dad or friends. He even custom built beautiful maple cabinetry for the bathroom vanity. It was absolutely gorgeous and was evidence of the pride Frank takes in his work.

Eventually Frank joined the Border Patrol, following in the footsteps of my father. He took pride in his work, enjoyed it and decided to have a career in this field. About this time I had a crisis in my own life when my finance died of testicular cancer just 2 days before Valentines Day in 1981. I was 21 yrs old, despondent and inconsolable. Frank brought me a small flower bouquet on Valentines Day that year to let me know he cared and was there for me. This might seem like a little thing to do, but it meant the world to me and I remember this act of kindness 30 years later. Several months later Frank invited me down to Campo to visit his work there and to help me get through the difficult patch; to start thinking about the future. He wanted to help guide my career and thought I might want to join the Border Patrol. I was impressed with his professionalism and his work ethic. He cared about his job and about the people he met. I even took the BP exam, but ultimately decided on a different career path.

After Frank married, his family became the focus of his life. He provided a good home, while staying close to my father and other family members. He wanted his children to have a good home, good food, and good education—what every parent wants. He faced every challenge with integrity and strength. When his oldest son had difficulty learning in school Frank sought out other schools for him. When his youngest child was diagnosed with Diabetes Mellitus, Frank took on the challenge and armed himself with knowledge and

learned skills to manage the baby's condition. I can remember being a houseguest in Frank's home and waking up several times in the night as he got up to check the baby's blood sugar or to administer insulin. I only spent a few nights at a time, but to see his tireless compassion, night after night, year after year in caring for Josh—was an inspiration and drew my admiration.

Cancer is an old friend to our family. Not a welcome friend, but nonetheless, always knocking at the door. When Frank's wife, Taryn, was diagnosed with breast cancer after the birth of their second son, Josh, we were all devastated. Frank was a pillar of strength and love for Taryn. Dealing with his young son Chris, the newborn Josh and a wife with breast cancer, would make some men run or collapse in futility. Not Frank, he was there for them. Taking care of kids, shuttling Taryn to appointments, dealing with the debilitating effects of cancer treatments, taking care of the household AND working his job. How do you do this? With integrity, strength and determination.

In the early 2000s, my father was diagnosed with multiple myeloma. My father was a very independent person; he lived aboard a small boat moored in Long Beach. But being alone on that boat was no place for him to endure chemo treatments. Frank stepped up to the plate, yet again, and moved my father into his home. Frank made space in the tiny home for my father to recuperate. He and Taryn managed my Dad's meds, appointments, activities of daily living and cleaned up after the messes. These tasks were done without a grumble, not an ounce of resentment. All this was done with hope, love and determination.

When my niece Melissa died suddenly, on active duty with the Army, Frank hosted the memorial service in his home.

When our oldest brother, Dave, who lived in Washington State near me, was fighting prostate cancer, Frank was here to help. When Dave was on his deathbed, Frank again flew up immediately to be here, to help and to make arrangements. Again he hosted the memorial service at his home. I had no idea what other issues Frank was facing at the time, he did not let on. He did not want to worry any of us. He focused on the task at hand and followed through with what needed to be done. For all of this, I am grateful.

Now, I am told that his longtime next-door neighbor, 90 year old Richard Donahue, has cancer and that Frank has taken it upon himself to make sure Dick is taken to his appointments, has food and any other necessities he needs.

Frank is an honest, salt-of-the-earth man who has worked hard to provide for his immediate family and who has been a rock of strength for his extended family. He has lived a modest lifestyle, keeping his house well maintained, helping his neighbors, his family, his community whenever and with whatever they might need. He has a strong sense of honesty and fairness.

His family needs him to continue to be a source of strength and council. Of any of my siblings, he is the one I turned to in my darkest hours and I am writing this now to be here for him in his time of need. He is a good person, life has dealt him so many blows and he continues to courageously fight back and become stronger. For all of the compassion he has displayed toward others, he deserves compassion in return.

Sincerely

*Lucille Johnston PharmD MHA CGP   dated April 26, 2012*

Lucille Johnston, PharmD, MHA, CGP
312 NW 81st Street
Seattle, WA 98117
206-706-1239



**James-Jeffrey Cotter**
**262 Braxton Way**
**Edgewater, MD 21037**
**May 4, 2009**

Honorable S. James Otero, Judge
United States District Court
Central District of California
312 N. Spring Street, Courtroom 1, Second Floor
Los Angeles, California

Dear Judge Otero,

I am writing this letter on behalf of Frank E. Johnston, the defendant and an individual I have known both professionally and socially since1993. I first met Frank at our then place of employment the Immigration and Naturalization Service,(INS), Investigations Division during general introductions upon entry on duty at the Los Angeles office. Since that introduction I have had professional and social contact with Frank continually including at the present time.

In many ways Frank and I have identical back grounds; we are both practicing active Catholics who as young men chose to dedicate our lives to public service rather than the pursuit of wealth. Both of us at a young age and had a career path that included employment at county Sheriff's Departments and employment in other federal law enforcement entities prior to INS. Further we both have tried in our lives to follow the Catholic Social Justice model while incorporating Aristotelian ethics; the balancing our physical self, intellectual and spiritual self's.

I remain in awe of Franks capacity to manage to maintain personal balance whilst impacted by a series of stressors any one of, by itself, cause most individuals severe emotional distress. Frank was caring for an infant child with near brittle diabetes that required constant 24 hour daily monitoring and care, (including blood testing, injections, insulin pump maintenance, and emergency procedures). Concomitantly, his wife was being treated for breast cancer and is post mastectomy and I believe currently lesion free. Additionally, his father, who had been independent, moved into the home to facilitate the constant care and assistance he required as he slowly passed due to a rare blood disorder.

Further exacerbating the situation, the merger of INS, U.S. Customs and other agencies to form the Department of Homeland Security, created a work environ that remains

Honorable S. James Otero, Judge
April 29, 2012
Page 2

dysfunctional, chaotic, unworkable by any standard, and strain on the psyche beyond measure.

In my case the impact of this work environment in and by itself alone resulted in my disability retirement from heart disease and severely exacerbated diabetes and related sequelae. The strength, courage and professionalism shown by Frank Johnston in this same milieu is commendable and deserving of note. Further, through my direct experience and knowledge I can state without equivocation that Frank Johnston is a person with the highest ethical standards and intellectual capability who I continue to hold in the highest regard and will most assuredly, if allowed, continue to contribute to our society in some new capacity for years to come.

It is my sincere hope that your Honor, through this letter, have been provided with a short but clear impression of Frank Johnston from the point of view of a colleague and friend. I remain available to answer or discuss this matter as you may require.

Sincerely,