# EXHIBIT B

Phillip Salacup
PO Box 532323
Los Angeles, CA 90053
May 11, 2012

The Honorable S. James Otero
Judge
United States District Court
Central District of California
312 N. Spring Street, Courtroom 1, Second Floor
Los Angeles, CA 90012

Dear Judge Otero,

I am writing to you in support of my long-time friend Frank Johnston. I have had the pleasure of knowing Frank since I became an INS Special Agent in 1997. From the day I started with the INS, Frank has been a mentor to me and set an example of leadership that I follow to this day. He possesses and displays a work ethic second to none and was, in my opinion, a model manager who always spared the time to ensure his employees were cared for and given the resources to accomplish their jobs.

Over the years, Frank and I built a friendship that I value extremely. We hold common interests in boxing and home improvement projects and various other activities. Frank has always showed a sincere interest in the well-being of my family. He is a constant source of advice on what I can expect in retirement.

Frank is a caring and genuine man who would sacrifice his own comfort to help a person in need. He is a man of faith and possesses qualities that some men seek to attain all their lives but never achieve. He is a loyal and humble person who sets a fine example of patience and hope, and he is blessed with the ability to persevere in the most dreadful of circumstances while at the same time providing a steady hand to others.

In the fifteen years I have known Frank, I witnessed a man dedicated to his work, to his employees, and to his friends. Furthermore, he is an affectionate and loving husband and a father who is devoted to his family. In one circumstance, his young son required constant medical attention; and not once did Frank complain or falter in his belief that all would be well. I imagine that in Frank's shoes other fathers might have retreated into self-pity, but Frank stood his ground like a man and became knowledgeable in the medical condition. Armed with this knowledge and his caring heart, Frank became a pillar of confidence for his son. Frank is calm during life-challenging situations and always finds the right path to work things through with positive results.

I am proud to know Frank, to stand tall beside him as his friend in these trying times. Frank has been a driving force in my life, and I know that if ever I need someone to rely on, Frank Johnston is the person on whom I can trust.

Sincerely,

Phillip Salacup, Jr.
Group Supervisor
Immigration and Customs Enforcement