ROGER J. ROSEN, California Bar No. 48573
Attorney at Law
1801 Avenue of the Stars, Suite 1200
Los Angeles, California 90067

Telephone: (310) 557-1242
Fax:       (310) 203-2150
Email: roger12@pacbell.net

PAMELA O'LEARY TOWER California Bar No. 262827
P.O. Box 191
Kenwood, CA 95452

Cell: 808/255-2949
Facsimile: 707/282-0350
Email: pamelatower@earthlink.net

Attorneys for Defendant FRANK E. JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 10-1013 SJO |
| ) | |
| Plaintiff, ) | DEFENDANT'S SECOND MOTION |
| ) | TO MODIFY TERMS and |
| vs. ) | CONDITIONS OF PRETRIAL |
| ) | RELEASE; PROPOSED ORDER |
| ) | |
| FRANK E. JOHNSTON, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S SECOND MOTION TO MODIFY
TERMS and CONDITIONS OF PRETRIAL RELEASE

DEFENDANT FRANK E. JOHNSTON, by and through his attorneys of record, ROGER J. ROSEN and PAMELA O'LEARY TOWER, requests the following modification in the terms and conditions of pretrial release:

That the remaining travel restriction – travel for pleasure with notice to pretrial and court approval – be lifted and that Mr. Johnston be permitted to travel within the continental United States for all purposes with no prior notice to pretrial services but with the proviso that he provide pretrial services with his itinerary as soon as it is available, before he travels. Travel would be limited to the continental United States, and will not involve any international travel.

Mr. Johnston has been on unrestricted travel for work purposes since August, 2013, and he has submitted his itinerary beforhand to pretrial as promised and, he has always returned on time.

U.S. Pretrial Services Officer Verenice Gardea does not oppose the lifting of the travel restriction to permit Mr. Johnston to travel for pleasure, without advance notice, so long as he provides her with his itinerary prior to travel.

Counsel has contacted the Government, AUSA Lawrence Middleton, and he does not object to the modification so long as Mr. Johnston provides at least seven days notice to pretrial services and notice to the government each time Mr. Johnston travels for pleasure. Mr. Johnston is presently not required to give

2

notice to the government or to pretrial services when he travels for purposes of employment, and in light of his stellar record of compliance over the years.

It is therefore requested that this Honorable Court grant Mr. Johnston's request to travel within the continental United States for all purposes and that he be permitted to do so without advance notice or authorization.

DATED: April 25, 2013          Respectfully submitted,


/s_____
ROGER J. ROSEN
Attorney for Defendant
FRANK E. JOHNSTON

# PROOF OF e-file SERVICE

I am a resident of the State of California, County of Los Angeles. I am over 18 years of age, and not a party to the within entitled action.

My business address is

1801 Avenue of the Stars, Suite 1200, Los Angeles, California 90067

I served the within on April 25, 2013:

**DEFENDANT'S SECOND MOTION**

**TO MODIFY TERMS and CONDITIONS**

**OF PRETRIAL RELEASE**

Lawrence Middleton                          lawrencemiddleton@usdoj.gov
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Attorney for the United States

Verenice S. Gardea                          Verenice_Gardea@cacpt.uscourts.gov
United States Pretrial Services
Central District of California
312 North Spring Street
Room 754
Los Angeles, CA 90012

/s_____
ROGER J. ROSEN
Attorney for Defendant
FRANK E. JOHNSTON

4